IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 MAY 23 PM 3:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

JERRY R. AKE, et al.,

    PLAINTIFFS,

v.                                CASE NO. CV-00-J-3571-S

TENNESSEE VALLEY AUTHORITY

    DEFENDANT.

ENTERED
MAY 23 2002

**ORDER**

In accordance with the memorandum opinion entered contemporaneously herewith;

It is **ORDERED** by the court that the defendant's motion for summary judgment (doc. 33) be and hereby is **GRANTED,** the court finding that no genuine issues of material fact remain and the defendant is entitled to judgment as a matter of law.

**DONE** and **ORDERED** this the 23 day of May, 2002.

                                          UNITED STATES DISTRICT JUDGE
                                          INGE P. JOHNSON

54